IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARIEM MATHIS,

    Plaintiff,

v.

DAUPHIN CO. PRISON, et al.,

    Defendants.

No. 3:CV-12-1317

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this 10th day of September, 2012, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc.12) is **ADOPTED in its entirety.**

(2) Plaintiff's claim for money damages against all Defendants in their official capacities is **DISMISSED WITH PREJUDICE** .

(3) Defendant Dauphin County Prison is **DISMISSED WITH PREJUDICE** from this action.

(4) Plaintiff's Eighth Amendment failure to protect claim against Defendants DeRose, Nichols, and Carroll is **DISMISSED WITHOUT PREJUDICE.**

(5) Plaintiff may **PROCEED** on his Eighth Amendment failure to protect claim against Defendants Cryder, Hoose, and Weikel.

(6) Plaintiff may **PROCEED** on his Eighth Amendment excessive force claim against Defendants Frankenstein, Lieutenant Smith, and Sergeant Smith.

(7) This matter is **RECOMMITTED** to Magistrate Judge Blewitt.

                                                        A. Richard Caputo
                                                        United States District Judge