IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARIEM MATHIS,

    Plaintiff,

v.

DAUPHIN COUNTY PRISON, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-12-1317

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, this 28th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 27) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 27) is **ADOPTED**.

(2) Defendant Sergeant Smith is **DISMISSED** from this action **without prejudice**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Blewitt for further proceedings.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge