# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KARIEM MATHIS,

    Plaintiff,

v.

DAUPHIN CO. PRISON, *et al.*,

    Defendants.

No. 3:CV-12-1317

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this 30th day of August, 2013, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 38) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 38) is **ADOPTED.**

(2) Defendants Lt. Steve Smith, Officer Josh Weikel, Officer J. Cryder, Officer M. Frankenstein, and Officer Hoose's Motion for Summary Judgment (Doc. 34) is **GRANTED**.

(3) Judgment is **ENTERED** for Defendants Lt. Steve Smith, Officer Josh Weikel, Officer J. Cryder, Officer M. Frankenstein, and Officer Hoose and against Plaintiff Kariem Mathis on all remaining claims.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge